IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY -9 A 9: 54
DEBR  , CLK
U.S. OURT
MIDD ALA

Robert Michael Davis
Full name and prison number of plaintiff(s)

v.

Anthony Clark, et Al.
Dorene Nelson, et Al.
Dr. McWhorter MD, et Al
Nurse Judy Lambert RN, et. Al
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05CV429-F
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit: N/A
   Plaintiff(s) _____
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)
   N/A

3. Docket No. N/A

4. Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Covington County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Anthony Clark (Sheriff) et.al 290 Hillcrest Dr Andulusia Al
2. Dorene Nelson (Lt.) et.al 290 Hillcrest Dr Andulusia Al.
3. Dr. McWhorter et.al 215 Dunson street Andulusia Al.
4. (Nurse) Judy Lambert et.al 290 Hillcrest Andulusia Al.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4-10-05 to present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I been Sleeping on the Floor since 4-10-05 to present Due to Jail over crowding, Insufficient Food. Daily is A result of same overcrowding

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On 4-10-05 I was Brought to Covington County Jail for FTP And Contempt on child support At that time I was placed in A 32 maximum cell Block that currently has 54 Inmates 20 of whom Are on the hard cold Floor being subject to occasional urine being splashed on me And others, having to use the showers to urinate sharing A toilet with 4 or 5 inmates not knowing if they have T.B or Aids or HIV. Not having Access to the bathroom At nite having to use the shower.

GROUND TWO: Not having enough to eat going to bed hungry being hungry all day long on a daily basis

SUPPORTING FACTS: Meals do not meet Federal or state guidelines as far nutritional and servings recommended calories sufficient quantity or basicly inadequate due to over crowding possibly

GROUND THREE: Not giving proper medical attention! Not recieving reasonable medical care, in a timely fashion.

SUPPORTING FACTS: I was injured in a County vehicle on County property I put in forms to seek medical treatment was denied a hospital visit, was denied medication was denied what the county Doctor told me he recommended, was denied reasonable care.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES. I want to be released from custody with no prejudice and I would like a monetary award of 1.5 million dollars. I would also like the current conditions changed to comply with guidlines!

*Robert Michael Davis*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 05-05-05
(date)

*Robert Michael Davis*
Signature of plaintiff(s)