**Davis**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Debbie Cook* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Debbie Cook   C. Date of Delivery 5-12-05 |
| 1. Article Addressed to:<br>Anthony Clark, Sheriff<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL 36420 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:05cv429 (Cmp + Order 40 days) | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 6587 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**Davis**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Debbie Cook* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Debbie Cook   C. Date of Delivery 5-12-05 |
| 1. Article Addressed to:<br>Lt. Dorene Nelson<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL 36420 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:05cv429 (Cmp + Order 40 days) | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 6594 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540