IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-429-F |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW the Defendant, Anthony Clark, Sheriff of Covington County, Alabama, and Dorene Nelson, Assistant Jail Administrator of the Covington County Jail, Covington County, Alabama, Defendants in the above-styled cause, and respond to the Complaint filed by Plaintiff in the above-styled cause and state as follows:

1. Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional rights were violated by Defendants in that the Defendants failed to provide sufficient food, water and toilet facilities and denied him access to medical treatment.[1]

2. Defendants admit that the Plaintiff was incarcerated on or before April 9, 2005, at the Covington County Jail.

3. Defendants deny the remaining allegations and inferences in the Plaintiff's Complaint.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised. If other issues are presented, Defendants generally deny any such allegations as being untrue and completely without basis in law or fact.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants did not deprive Plaintiff of any constitutional right to which he is entitled.

2. Any claims against Defendants in their official capacities are barred by the Eleventh Amendment and because Defendants are not "persons" under 42 U.S.C. § 1983.

3. Defendants are entitled to qualified immunity in their individual capacities.

4. The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Court to enter judgment in their favor and grant unto them costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted on this the 20th day of June, 2005.

> s/Scott W. Gosnell
> GARY L. WILLFORD, JR. Bar Number WIL198
> SCOTT W. GOSNELL, Bar Number: GOS002
> Attorneys for Defendant Anthony Clark and Dorene Nelson
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road
> P.O. Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

    Robert Michael Davis
    Covington County Jail
    290 Hillcrest Drive
    Andalusia, Alabama 36420

    **s/Scott W. Gosnell**
    OF COUNSEL