# EXHIBIT A

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Robert Michael Davis     BLOCK: A     DATE 05-22-05

( ) TELEPHONE CALL     ( ) CUSTODY CHANGE     ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT     ( ) TIME SHEET     ✓ OTHER     ( ) GRIEVANCE

IF REQUEST OUTLINE YOUR REQUEST/GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF  ✗ CHIEF JAILER  ( ) JAILER  ✗ RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Asked Friday to have some legal papers
Notairized, I Never heard Anything else About it.

I Am Now Formally Requesting to have some legal
documents Notairized IASAP

                    Thank You For your Attention
                        Robert M Davis

P.S I have sent out several other Grievance &
Request Forms And I have not Recieved a Reply
to Any of them please look into this matter
                    Thank You
                        RMD

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

Done  5-23-05

            Dorene

| State of Alabama<br>Unified Judicial System<br>Form C-31   Rev. 9/84 | ORDER OF COMMITMENT TO JAIL | Case Number<br>MC05-0000156<br>(Multiple) |

TO THE _____ MUNICIPAL _____ COURT OF _____ COVINGTON _____ COUNTY

☐ STATE OF ALABAMA ·    ☑ MUNICIPALITY OF _____ OPP _____

v. _____ ROBERT MICHAEL DAVIS _____ , Defendant

TO THE JAILER OF ___ COUNTY JAIL _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of _____ MULTIPLE _____

_____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: __ TO GET $15 A DAY CREDIT CONCURRENT W/ TIME IN CJ FOR COUNTY--$1236.00

__ 82 DAYS (ENDING AUG 8, 2005, 8:00 PM)-- HOLD FOR OPP----IF COUNTY TIME ENDS BEFORE THAT DATE--DEF WOULD BE

__ ABLE TO PAY BAIL OR EARLY RELEASE _____

_____

Sentence: _____

| Date Sentenced<br>2005-05-19 | Jail Credit | Date Sentence Begins<br>2005-05-20 |

## IDENTIFICATION OF DEFENDANT

| Name of Defendant<br>ROBERT MICHAEL DAVIS | | | | | Telephone Number<br>(334) 493-3434 | |
| Social Security Number<br>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 | Date of Birth<br>1968-01-08 | Age<br>37 | Race<br>BLACK | Sex<br>M | Height<br>6' 05" | |
| Weight<br>300 | Hair<br>BLACK | Eyes<br>HAZEL | Other | | | |
| Address<br>500 HARDIN ST | | | City<br>OPP | | State<br>AL | Zip Code<br>36467 |
| Name of Employer<br>HUM CLUB | | | | Employer's Telephone Number | | |
| Address<br>HARDIN ST | | | City<br>OPP | | State<br>AL | Zip Code |

Additional Case(s):     TR03-0000116     TR04-0000050     TR04-0000052     TR04-0000054

_____ 5/20/05 _____
Date

_Diane Besford_
Judge/Clerk/Magistrate

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: Robert Michael Davis    BLOCK: A    DATE: 5-10-05

TELEPHONE CALL    CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL VISIT    ( ) TIME SHEET    (X) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF    ( ) CHIEF JAILER    ( ) JAILER    (X) RECORDS OFFICE    ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Would like to have A couple PAPers
Notarized please ASAP

THAnk You
Robert M Davis

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Notary is not here today I have your
name I will advise her when she gets
back.

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Robert Michael Davis     BLOCK: 1A     DATE: 05-05-05

TELEPHONE CALL     CUSTODY CHANGE     ( ) PERSONAL PROBLEM

SPECIAL VISIT     ( ) TIME SHEET     (✓) OTHER     ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF     CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I would like to Know my total
Balance And or Any Moneys owed
And For What

            Thank You
                    Robert M Davis

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

you have a balance owed of 9.97 with
10% on your account

                    Dorene 5-5-05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: Robert Michael Davis    BLOCK: A    DATE 5-4-05

( ) TAKEN ONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ✓ GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO O/C

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( ✓ ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE    ( ) CHAPLIAN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Have Not been Recieving enough to eat
I was previously placed on a special Diet by
your Past Nursing staff Due to my size
And medical history, I stay hungry All
Day And go to sleep hungry I Have
Not Money to buy extra food off of
your Commissary, I Have Ask your
Nursing staff to put my meals on
my previous Diet but was Refused

    Thank You for Your Attention

                    Robert M Davis

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

If the nurse put you on a diet and
will not take you off then that's between
you and the nurse

                Dorene 5-5-05

**COVINGTON COUNTY JAIL**
**INAMTE REQUEST/GRIEVANCE FORM**

NAME: Robert Michael Davis BLOCK: 1A    DATE 5-4-05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
(✓) SHERIFF    ( ) CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I would Appreciate A Indigant Kit I
have been here since 4-10-05 with No Michay
No way of contacting my Family Drale Home
I ask you if have one one the Commissary
slips I have V the bey on the Commissary
slips but have not recieved one As of yet

Thank you

Robert M Davis

P.S. I currently have A Negative balance
on Commissary due to medical visits.

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

We don't have indigent kits. As far as your
phone call I know, you can call someone because
you called for a chess game so sorry about
your inconvience

Dorene 5-5-05.

**COVINGTON COUNTY JAIL**
**INAMTE REQUEST/GRIEVANCE FORM**

NAME Robert Michael Davis    BLOCK: A    DATE 4-30-05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    (X) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O :

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :    DORENE
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I would Appreciate letting me have A chess
BeArd Drop off. D-Block has one but went
Allow Any one else to use them it would
be purchased locally And sealed
Thank You!

Robert M Davis

Also:
I need to make A long Distance
phone CALL please.

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

No games can be brought in as far as long
distance phone call I can't allow that

Dorene 5-2-05

COPY - CCSD

STATE OF ALABAMA ex rel            *   IN THE DISTRICT COURT OF
                                   *
ANGELA HUNTER,                     *   COVINGTON COUNTY ALABAMA
                                   *
        PLAINTIFF,                 *   CASE NO. CS-2004-109
                                   *
VS.                                *   DHR NO. 35286
                                   *
ROBERT M. DAVIS,                   *
                                   *
        DEFENDANT.                 *

## ORDER

The Defendant was brought from the Covington County Jail on April 21, 2005, to discuss purge conditions by which he might purge himself of contempt and be released from incarceration. It is ORDERED that the Defendant be returned to incarceration until such time as he pays court costs of $ — 0 — , and pays $10,000.00 to be applied to arrears of $17680.81, plus interest of $1351.68 as of March 31, 2005.

Done and Ordered this 21st day of April, 2005.


DISTRICT COURT JUDGE
F. L. McGuire III


FILED IN OFFICE

APR 21 2005

CLERK

# PRISONER'S JAIL REPORT

S. S. N.# 3 2 5 - 5 4 - 3 1 8 5

BOOKING OFFICER: _B. Blue_

NAME: _Robert M Davis_

DATE: 0 4 / 0 9 / 0 5  TIME: _23:25_  AM  PM  (Mil.)

ALIAS: _____

ADDRESS: _500 Harden St        Opp, AL 36417_

AGE: _37_  RACE: _B_  SEX: _m_  EYES: _Bro_  HAIR: _Blk_

HGT: _6'2_  WGT: _350_  D. O. B.: 0 1 / 0 8 / 6 8

PLACE OF BIRTH: _____
　　　　　　　　　　(City)　　　　　　　(County)　　　　　(State)

SCARS / MARKS: _Scar - sidemark_

ARRESTING OFFICER(S): _K. Smith  2318_

AGENCY: _CCSO_

OFFENSE: _Child support x 2    FTP (NWNI)_

STATUS: _____  NEXT OF KIN: _Solomon Shelton_

PHONE NUMBER: ( ) - _____   (309) 721 - 5223

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ☐ ☐ / ☐ ☐ / ☐ ☐  TIME: _____  AM  PM  Mil.

RELEASING OFFICER: _____

REMARKS: _- No Bond - on child support_
_- No Bond on FTP  cons 527.12 -_

| Covington County Sheriff<br><br>Printed: Sun Apr 10, 2005 | **INMATE SUMMARY**<br><br>**ROBERT MICHAEL DAVIS (S325543185)** | Booking Number<br>200007531 |
|---|---|---|
| | | Booking Date<br>**APRIL 9th, 2005** |

| Section<br>HOLDING | Block | Cell | Bed | Social Security Number<br>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 | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | **500 HARDIN STREET**<br>**OPP  AL 36467** | Home Telephone<br>**(334) 493-9482** |
|---|---|---|

| Sex<br>M | Date of Birth<br>1968-01-08 | Age<br>37 | Height<br>6' 02" | Weight<br>350 | Race<br>BLACK | Eyes<br>GREEN | Hair<br>BROWN |
|---|---|---|---|---|---|---|---|

| Drivers License<br>IL   D1207-7368-008 | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin<br>SOLEMAN SHELTON<br>IL | NOK Telelphone<br>(309) 721-5223 |
|---|---|

| Charge(s)<br>CHILD SUPPORT  X 2<br>FTP | Bond | NO BOND<br>NO BOND | Arresting Officer<br>02318  SMITH, KEVIN |
|---|---|---|---|

| Jailor<br>CJ006  BLUE, BILL | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor<br>CROWE | Medications<br>NUPROXEN, ALBURETOL |
|---|---|---|
| | Special Diet<br>NO | Drug Allergies<br>NONE |
| | Other   HEPATITIS, TUBERCULOSIS, STD, HEART DISEASE, HIGH BLOOD PRESSURE, EPILPSY SEIZURES<br>MENTAL EMOTIONAL UPSET, ATTEMPTED SUICIDE, ASTHMA EMPHYSEMA | |

## PROPERTY

| RECEIVED | CURRENCY $1.00, CHANGE $0.55, 2 TENNIS SHOES, BLACK SHIRT, BLACK PANTS, 2 SOCKS, BRIEFS |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Covington County Sheriff<br><br>Printed: Sun Apr 10,2005 | **INMATE PROPERTY LOG**<br><br>**ROBERT MICHAEL DAVIS (S325543185)** | Booking Number<br>200007531 |
|---|---|---|
| | | Booking Date<br>APRIL 9th, 2005 |

| Currency<br>$1.00 | Change<br>$0.55 | Checks | Food Stamps | Total Received<br>$1.55 |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 2 | TENNIS SHOES | | |
| 1 | BLACK SHIRT | | |
| 1 | BLACK PANTS | | |
| 2 | SOCKS | | |
| 1 | BRIEFS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    PROPERTY IN BAG  IWTH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature   X _____   Date: _____   Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature   Bill Blu   CJ206   Date: 4-9-05   Time: 2355

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____   Date: _____   Time: _____

Officers's Signature _____   Date: _____   Time: _____

| Covington County Sheriff | INMATE PROPERTY LOG | Booking Number 200006430 |
|---|---|---|
| Printed: Thu Nov 18, 2004 | ROBERT MICHAEL DAVIS (S325543185) | Booking Date NOVEMBER 18th, 2004 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | WHITE TEE SHIRT | | |
| | ROCKAWEAR | | |
| 1 | PR DARK BLUE JEANS | | |
| 1 | WHITE TENNIS SHOES | | |
| | STACK OF PAPERS AND | | |
| | KEYS IN PROPERTY | | |
| | BAG | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _____ Date: 12-9-04 Time: 10:02
Officers's Signature _____ Date: 12-9-04 Time: 10:02

| Covington County Sheriff | INMATE DATA | Booking Number 200006430 |
|---|---|---|

Printed: Thu Dec 09, 2004 ROBERT MICHAEL DAVIS (S325543185)

Booking Date
NOVEMBER 18th, 200

| Section Block C-BLOCK | Cell | Bed | Social Security Number 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 | Est Release Da |
|---|---|---|---|---|

| Address 500 HARDEN STREET | Home Telephone |
|---|---|
| OPP  AL  36467 | (334) 493-948 |

| Sex M | Date of Birth 1968-01-08 | Age 36 | Height 6' 02" | Weight 350 | Race BLACK | Eyes GREEN | Hair BROWN |
|---|---|---|---|---|---|---|---|

| Drivers License IL   D1207-7368-008 | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin SOLOMON SHELTON | NOK Telelphone (309) 721-522 |
|---|---|

| Charge(s) CONTEMPT OF COURT--CHILD SUPPORT ALIAS-NWNI | Bond NO BOND   R/O INF |
|---|---|

| Jailer CJ008 PILAND, EMILY | Photo Taken By CJ008  PILAND, EMILY | Fingerprinted By CJ008  PILAND, EMILY |
|---|---|---|

| Admission Type ARREST | Phone Call N | NCIC Check Y |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For COV. COUNTY | Arresting Officer 02304  INABINETT, WALTER |
|---|---|

Agency Hold For

| Release Date 2004-12-09 | Release Time 10:02 | Release Officer CJ002  NELSON, DORENE |
|---|---|---|

Notes
    NWNI X 3---3,000 EACH---SERVED ON 11-24-04 BY 2303
    R/O JUDGE

# INMATE SUMMARY

## ROBERT MICHAEL DAVIS (S325543185)

| Covington County Sheriff | | |
|---|---|---|
| Printed: Thu Nov 18, 2004 | Booking Number **200006430** | Booking Date **NOVEMBER 18th, 2004** |

| Section **HOLDING** | Block | Cell | Bed | Social Security Number **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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | 500 HARDEN STREET OPP AL 36467 | Home Telephone **(334) 493-9482** |
|---|---|---|

| Sex **M** | Date of Birth **1968-01-08** | Age **36** | Height **6' 02"** | Weight **350** | Race **BLACK** | Eyes **GREEN** | Hair **BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License **IL D1207-7368-008** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin **SOLOMON SHELTON** | NOK Telephone **(309) 721-5223** |
|---|---|

| Charge(s) **CONTEMPT OF COURT AWAITING JUDGES ORDERS** | Bond | Arresting Officer **02304 INABINETT, WALTER** |
|---|---|---|

| Jailor **CJ008 PILAND, EMILY** | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor **DR. CROWE AND A DOCTOR IN** | Medications **ALBUTEROL INHALER, VICODIN FOR PAIN IN KNEE** |
|---|---|---|
| | Special Diet **NONE** | Drug Allergies |
| | Other **HIGH BLOOD PRESSURE, ASTHMA EMPHYSEMA, RECENT PATIENT HOSPITAL RECENT MEDICAL TREATMENT** | |

## PROPERTY

| RECEIVED | WHITE TEE SHIRT, ROCKAWEAR, PR DARK BLUE JEANS, WHITE TENNIS SHOES, STACK OF PAPERS AND KEYS IN PROPERTY, BAG |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004-11-18 | 12:39 | | N | | | | | | | | |

| Covington County Sheriff | | **INMATE TELEPHONE LOG** | | | Booking Number 200006430 |
| Printed: Thu Nov 18,2004 | | **ROBERT MICHAEL DAVIS (S325543185)** | | | Booking Date NOVEMBER 18th, 2004 |

| Date of Call | Time | Telephone Number | Completed? | Officer | |
|---|---|---|---|---|---|
| 2004-11-18 | 12:39 | | N | CJ008   PILAND, EMILY | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number 200006430 |
|---|---|---|
| Printed: Thu Nov 18, 2004 | ROBERT MICHAEL DAVIS (S325543185) | Booking Date NOVEMBER 18th, 2004 |

### ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

### INMATE QUESTIONNAIRE

**HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?**

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | **Y** N | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | **Y** N |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | **Y** N |
| Recent Treatment | **Y** N | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**DR. CROWE AND A DOCTOR IN   ILLINOIS AS WELL**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**ALBUTEROL INHALER, VICODIN FOR PAIN IN KNEE**

Drug Allergies

Descriptions
**JUST HAD SURGERY ON LEFT KNEE**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ008  PILAND, EMILY

**State of Alabama**
**Unified Judicial System**

Form C-42    Rev 6/88

Case Number

C504-109

◯ ORDER OF RELEASE
FROM JAIL ◯

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA    v.    _Robert Mc Davis_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _Failure to pay child support et al release_

Date _12-9-04_

COURT RECORD (Orginal)    JAILER (Copy)    Judge/Clerk

By: _____

---

**State of Alabama**
**Unified Judicial System**

Form C-42    Rev 6/88

Case Number

DC 04-1970
MR 04-1541 46

◯ ORDER OF RELEASE
FROM JAIL ◯

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA    v.    _Robert Mc Kiser_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date _____

COURT RECORD (Original)    JAILER (Copy)    Judge/Clerk

By: _____





# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT MICHAEL DAVIS,  )
                        )
        Plaintiff,       )
                        )
v.                       )  CIVIL ACTION NO.: 2:05-CV-429-F
                        )
ANTHONY CLARK, et al.,   )
                        )
        Defendants.      )

## AFFIDAVIT OF ANTHONY CLARK

STATE OF ALABAMA        )
                        )
COUNTY OF COVINGTON      )

1.    My name is Anthony Clark. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am the duly-elected Sheriff of Covington County, Alabama and was the duly-elected Sheriff of Covington County at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of any of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4.    It is the policy of the Covington County Sheriff's Department that members of the jail staff receive and answer inmate grievances. Forms on which grievances may be related to the jail staff are readily available in the jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

5. Inmates are made aware of the grievance procedure.

6. To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of this jail.

7. To my knowledge, the Plaintiff has not filed a grievance with respect to any of the allegations in his lawsuit.

8. I am not personally involved in the day-to-day operations of the jail. I have delegated that power and authority to the Jail Administrator.

9. The Covington County Jail has a policy of providing adequate housing, food, and toilet facilities for its residents. Each inmate receives three nutritious meals per day and continual access to water and toilet facilities. Inmates are commonly known to gain weight while incarcerated at the Covington County Jail.

10. Most or all inmates' cells remain unlocked at night so that inmates housed in the day rooms have access to toilet and water facilities.

11. The Covington County Jail averages a population of approximately 160 to 170 male inmates on any given day. The jail was constructed to house 132 inmates. The Covington County Jail is currently housing approximately 40 state inmates which are significantly overdue for pickup by Alabama State correctional officers. However, this excess capacity does not present a health or safety hazard. Every inmate is given a bed or 6-inch thick sleeping mat to sleep on, as well as continual access to water and toilet facilities. The jail is kept clean, and routinely passes quarterly inspection by the Covington County Health Department. Further, just one month prior to the date of this affidavit, the Covington County Jail passed an inspection by the State Department of Corrections.

12.     The Covington County Commission has contracted with Southern Health Partners, Inc. ("SHP") to provide all health care related services to the inmates at the Covington County Jail. SHP provides a doctor and at least one nurse which are available for inmate needs 24 hours a day, seven days a week. In particular, SHP staff recommend and perform inmate health evaluations and treatments, and initiate and/or confirm health-related appointments with outside health-care providers as needed. The responsibility of jail personnel with regards to health-related appointments outside the jail is limited to transporting the inmates to any such appointments upon the instruction of SHP staff.

13.     Neither I nor any other Covington County Jail personnel have any control, authority or responsibility for the provision of health care to jail inmates; we are required to rely on the training and expertise of SHP for such services. However, in emergency situations, jail personnel are authorized to contact the SHP nurse or doctor and/or call for an ambulance and emergency medical assistance.

14.     Southern Health Partners staff maintain, control, secure and dispense all medications. Covington County Jail personnel do not have access to patient medications, and have no control, authority or responsibility for the dispensing of medications to inmates.

15.     The Covington County Sheriff's Department has a policy requiring any injury to an inmate in a county vehicle or on county property to be extensively documented in a report. Such a report is required to be filed in the injured inmate's jail file. It would be a violation of this policy to fail to prepare and file such a report.

16.     I have no knowledge of any injury to the Plaintiff while on county property or in a county vehicle. Further, to my knowledge, there is no report describing such located in the Plaintiff's inmate file.

17.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate records, kept at the Covington County Jail in the regular course of business.

18.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_Anthony Clark_
Anthony Clark

**SWORN TO** and **SUBSCRIBED** before me this 20 day of June, 2005.

_Debbie Cook_
NOTARY PUBLIC

My Commission Expires: 3/2/09

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT MICHAEL DAVIS,               )
                                    )
        Plaintiff,                  )
                                    )
v.                                  ) CIVIL ACTION NO.: 2:05-CV-429-F
                                    )
ANTHONY CLARK, et al.,              )
                                    )
        Defendants.                 )

## AFFIDAVIT OF DORENE NELSON

STATE OF ALABAMA                    )
                                    )
COUNTY OF COVINGTON                 )

1. My name is Dorene Nelson. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2. I am the Assistant Jail Administrator of the Covington County Jail, Covington County, Alabama and was the Assistant Jail Administrator at all times relevant to Plaintiff's Complaint.

3. I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of any of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4. It is the policy of the Covington County Sheriff's Department that members of the jail staff receive and answer inmate grievances. Forms on which grievances may be related to the jail staff are readily available in the jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made

orally. Members of the jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

    5.    Inmates are made aware of the grievance procedure.

    6.    To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of this jail.

    7.    To my knowledge, the Plaintiff has not filed a grievance with respect to any of the allegations in his lawsuit.

    8.    The Covington County Jail has a policy of providing adequate housing, food, and toilet facilities for its residents. Each inmate receives three nutritious meals per day and continual access to water and toilet facilities. Inmates are commonly known to gain weight while incarcerated at the Covington County Jail.

    9.    Most or all inmates' cells remain unlocked at night so that inmates housed in the day rooms have access to toilet and water facilities.

    10.    The Covington County Jail averages a population of approximately 160 to 170 male inmates on any given day. The jail was constructed to house 132 inmates. The Covington County Jail is currently housing approximately 40 state inmates which are significantly overdue for pickup by Alabama State correctional officers. However, this excess capacity does not present a health or safety hazard. Every inmate is given a bed or 6-inch thick sleeping mat to sleep on, as well as continual access to water and toilet facilities. The jail is kept clean, and routinely passes quarterly inspection by the Covington County Health Department. Further, just one month prior to the date of this affidavit, the Covington County Jail passed an inspection by the State Department of Corrections.

11.     The Covington County Commission has contracted with Southern Health Partners, Inc. ("SHP") to provide all health care related services to the inmates at the Covington County Jail. SHP provides a doctor and at least one nurse which are available for inmate needs 24 hours a day, seven days a week. In particular, SHP staff recommend and perform inmate health evaluations and treatments, and initiate and/or confirm health-related appointments with outside health-care providers as needed. The responsibility of jail personnel with regards to health-related appointments outside the jail is limited to transporting the inmates to any such appointments upon the instruction of SHP staff.

12.     Neither I nor any other Covington County Jail personnel have any control, authority or responsibility for the provision of health care to jail inmates; we are required to rely on the training and expertise of SHP for such services. However, in emergency situations, jail personnel are authorized to contact the SHP nurse or doctor and/or call for an ambulance and emergency medical assistance.

13.     Southern Health Partners staff maintain, control, secure and dispense all medications. Covington County Jail personnel do not have access to patient medications, and have no control, authority or responsibility for the dispensing of medications to inmates.

14.     The Covington County Sheriff's Department has a policy requiring any injury to an inmate in a county vehicle or on county property to be extensively documented in a report. Such a report is required to be filed in the injured inmate's jail file. It would be a violation of this policy to fail to prepare and file such a report.

15.     I have no knowledge of any injury to the Plaintiff while on county property or in a county vehicle. Further, to my knowledge, there is no report describing such located in the Plaintiff's inmate file.

16.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate records, kept at the Covington County Jail in the regular course of business.

17.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_Orene Nelson_
Norene Nelson

**SWORN TO** and **SUBSCRIBED** before me this 20 day of June, 2005.

_Nellie Cook_
NOTARY PUBLIC

My Commission Expires: 3|2|09

# EXHIBIT D

N911
DOC form 914
Rev. 2/94



# STATE OF ALABAMA

### DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556



# JAIL INSPECTION REPORT

Sheriff/Chief of Police __ANTHONY CLARK__    Jail __COVINGTON COUNTY__

City __ANDALUSIA__    Date __4-20-2000__

County __COVINGTON__    Time __10:10 AM__

Phone No. __222-7148 EXT 1554__    Inspector __SIDNEY ROBIN__

**This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.**

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY
HAS SUPERVISORY POWER?**

City Council ____ County Commission ✓

**POPULATION:** 166   225

  STATE
  W/M ___ B/M ___ W/F ___ B/F ___ TOTAL ___

  COUNTY
  W/M ___ B/M ___ W/F ___ B/F ___ TOTAL ___

  CITY
  W/M ___ B/M ___ W/F ___ B/F ___ TOTAL ___

  FEDERAL
  W/M ___ B/M ___ W/F ___ B/F ___ TOTAL ___

  JUVENILES
  W/M ___ B/M ___ W/F ___ B/F ___ TOTAL ___

           GRAND TOTAL ___

**JAIL CAPACITY:**

  MALE ___ FEMALE ___ JUVENILE ___ TOTAL 132

1  Are Female Prisoners
  housed separately? ...... YES ___ NO ___ NONE ___

2  Are separate quarters
  available for Juveniles?... YES ___ NO ___ NONE ___

3  Number of state inmates ON WAIVER ___

**JAIL EMPLOYEES:**

1. Number of Jailers (1) .................. 5

2. Number of Matrons 1 ................... 2

3. Other Employees ___ N/A ___ ...... 2

4. **Are Jailers POST Certified?** ......... YES ✓ NO ___

**BUILDING:**

  GENERAL APPEARANCE:

1. Exterior .......... Poor ___ Fair ___ Good ✓
2. Interior .......... Poor ___ Fair ___ Good ✓
3. Fence ........... Poor ___ Fair ___ Good ✓ None ___
4. Yard ............. Poor ___ Fair ___ Good ✓ None ___

5. Type of
  Construction: .. Brick ✓ Cement ___ Wood ___ Other ___

6. Year Constructed: 1956

7. Types of
  Locking Devices: ............ Manual ___ Electric ✓

8. Condition of
  Locking Devices: ... Poor ___ Fair ___ Good ✓ None ___

9. Observation
10. Windows: ..... Poor ___ Fair ✓ Good ___ None ___
11. Screens: ..... Poor ___ Fair ___ Good ✓ None ___
12. Grills: ....... Poor ___ Fair ___ Good ✓ None ___
13. Windows: ..... Poor ___ Fair ___ Good ✓ None ___
14. Cells: ........ Poor ___ Fair ___ Good ✓ None ___

**SAFETY FEATURES:**

1. Emergency Exits: .... Poor ___ Fair ___ Good ✓ None ___
2. Fire Apparatus: .... Poor ___ Fair ___ Good ✓ None ___
3. Stairways: ...... Poor ___ Fair ___ Good ✓ None ___
4. Elevators: ....... Poor ___ Fair ___ Good ___ None ✓

5. Is there an EMERGENCY
  (fire) EVACUATION plan POSTED? ... YES ___ NO ___

6. Are Fire and Safety
  precautions observed? ............. YES ___ NO ___
  If NOT, explain in Comments section

**TRAINING:**

  IN-SERVICE: ......................... YES ___ NO ___
  Other: ___

**ARE OPERATING
PROCEDURES WRITTEN?** ......... YES ✓ NO ___

**IS THERE A
PRINTED MANUAL?** ............. YES ✓ NO ___

**JAIL RECORDS:**

1. Arrest Record ................. YES ✓ NO ___

2. Are personal property and cash
  receipted? .................... YES ✓ NO ___

3. Visits ....................... YES ___ NO ___

4. Medical ..................... YES ___ NO ___

5. Commitment and Discharges ... YES ___ NO ___

  **Are Jail Records Adequate?** ........ YES ___ NO ___

  **Are Prisoners Fingerprinted?** ...... YES ✓ NO ___

  **Are Prisoners Photographed?** ...... YES ✓ NO ___

**SECURITY:**

1. Is the jail
  reasonably secure? ............. YES ✓ NO ___

2. Are periodic inspections made
  of security facilities? .......... YES ___ NO ___

3. Are firearms stored safely? ..... YES ✓ NO ___
  Where are they stored? ___
  LOCK BOXES

4. Are there regulations
  prohibiting carrying of
  firearms into the Jail? ......... YES ✓ NO ___

5. KEY CONTROL:
  Are keys ever in
  possession of inmates? .......... YES ___ NO ✓

  Are keys properly stored
  and accounted for? ............. YES ✓ NO ___

6. How often are
  prisoners quarters visited? ___
  ROUND ___

7. Is jailer on duty
  24 hours daily? .................. YES ___ NO ___

8. Are CHECKS conducted
  at night? ...................... YES ___ NO ___
  Are CHECKS logged? ............ YES ___ NO ___

9. Are complete
  SHAKEDOWNS accomplished? ... YES ___ NO ___

10. Are periodic
  COUNTS conducted? ......... YES ___ NO ___

Page 1 of 3

11. Are CONTRABAND CONTROL
procedures in effect? ............ YES__✓__NO____

12. INMATE VISITS:
When are visits allowed?
Daily____Semi-Weekly____Weekly____Other_____

Who is allowed to visit inmates?
Relatives ...................... YES__✓__NO____
Friends ...................... YES__✓__NO____
Clergy ...................... YES__✓__NO____
**Are CONTACT VISITS allowed?** .. YES____NO____

13. INMATE MAIL:
Are INCOMING MAIL
and packages INSPECTED? ....... YES__✓__NO____

14. Do new prisoners receive
instructions about JAIL RULES? ... YES__✓__NO____
Are these instructions: VERBAL____WRITTEN____

15. TRUSTIES:
Are TRUSTIES used? .......... YES__✓__NO____
Who selects the TRUSTIES?
Sheriff/Chief____Jailer____Other____

16. Are inmates in UNIFORM? ...... YES__✓__NO____
Coveralls____Pants & Shirts__✓__
**Are uniforms MARKED?** ........ YES____NO____

**DISCIPLINARY PROCEDURES:**

1. Does the jail hold
DISCIPLINARY HEARINGS? .... YES__✓__NO____

2. Who exercises disciplinary authority?
Sheriff/Chief____Jailer____Other____

**FOOD SERVICES:**

General Condition
Kitchen ............... POOR____FAIR____GOOD__✓__
Tables ............... POOR____FAIR____GOOD__✓__
Shelves ............... POOR____FAIR____GOOD__✓__
Screens ............... POOR____FAIR____GOOD__✓__

1. Is the cook paid? ............ YES____NO__✓__
2. Who supervises the Kitchen? ___STAFF___
3. Who plans the Menu? _____
4. Do inmates assist
in food preparation? ............ YES____NO__✓__
5. What type of eating
utensils are used?
Plastic__✓__Paper____Metal____Other_____
Are the utensils washed? ....... YES____NO____
How Washed? .......... HAND____SANITIZER____
6. Are the standards of
sanitation adequate? ............ YES__✓__NO____
7. Is copy of menu available
on the date of inspection? ........ YES____NO____
8. Do paid employees supervise
the serving of meals? ......... YES____NO____
9. Is the diet adequate? ............ YES__✓__NO____
10. Number of meals served per day?
1 _____ 2 _____ 3 _____
11. Food Preparation .... POOR____FAIR____GOOD__✓__
Quality ............... POOR____FAIR____GOOD__✓__
Quantity ............... POOR____FAIR____GOOD__✓__
12. Storage of Food ..... POOR____FAIR____GOOD__✓__
Refrigeration ...... POOR____FAIR____GOOD__✓__
13. Are Commissary (or store)
purchases available to inmates? ... YES__✓__NO____

**SANITATION AND PERSONAL HYGIENE:**

1. Is there a systematic
CLEANING PROGRAM in effect? .. YES__✓__NO____

2. Are adequate TOOLS and
CLEANING MATERIALS available? YES____NO____

3. What type of BEDDING
is provided? Sheets____Blankets____
Mattress Cover____Pillow____Pillow Case____
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly____Weekly____Other_____

4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .... YES____NO__✓__

5. Is DRINKING WATER available
at all times? .................... YES__✓__NO____

6. Are HOT and COLD WATER
available for bathing? .......... YES__✓__NO____

7. Are HEATING and
VENTILATION adequate? .......... YES__✓__NO____

8. Is LIGHTING adequate? .......... YES__✓__NO____

9. Condition of PAINT?
Interior ............... POOR____FAIR____GOOD____
Exterior ............... POOR____FAIR____GOOD__✓__

10. Are BATHING FACILITIES
available to all inmates? .......... YES__✓__NO____

11. Are SOAP and
TOWELS available? ............... YES__✓__NO____

12. HOW OFTEN are inmates
REQUIRED TO BATHE?
Daily____Semi-Weekly____Weekly____Other____

13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? .................... YES____NO__✓__
COMMODES ..... POOR____FAIR____GOOD____
LAVATORIES .... POOR____FAIR__✓__GOOD____
SHOWERS ..... POOR____FAIR__✓__GOOD____

14. Does the Jail have a
PEST CONTROL program? ...... YES__✓__NO____
How often treated? _____
By Whom? _____

**MEDICAL SERVICE:**

1. Name of PHYSICIAN?
_____

2. How often do physicians
visit the jail/facility?
Daily _____ Weekly _____ On-Call _____
Other (specify) _____

3. What HOSPITAL facilities
are used for inmates? _____
_____

4. Is the Veneral-Disease-Act enforced
(Title 22, Chapter 16-71)? ......... YES____NO____

**INMATE PROGRAMS:**

1. Are Counseling Services available? .. YES____NO____
2. Recreation Facilities ............ YES__✓__NO____
Types Provided: _____
3. Educational Opportunity ............ YES____NO____
Types Offered: _____

**COMPLAINTS:**

1. Are there justifiable complaints? ...... YES____NO____
2. Is Jail involved in Litigation? ........ YES____NO____
If YES, type _____
3. Is the Jail or Facility
Racially Integrated? ............... YES__✓__NO____
4. Is there a Current
Grand Jury Report on the Jail? ...... YES____NO____

**INSPECTORS COMMENTS:**

INS AT JAIL - PILL RAIL

EXERCISE YARD IN USE.

BLANKETS & SHEETS ARE REMOVED FROM
BLOCKING VIEW INTO CELLS ON A REGULAR
BASIS. AMOUNT OF PERSONAL ITEMS STORED
IN CELL HAS BEEN REDUCED

JAIL OVERCROWDED AT THIS TIME

IMPROVEMENT NOTED IN CLEANLINESS

NEW SECURITY PROCEDURES PUT IN
PLACE (SEE WHAT GROWTH IN SECURITY

Inspector's Signature

Time of Completion _____

Copy Received By:

SIGNATURE

SIGNATURE

Date    Office

Date    Office

Copy: State Fire Marshal ☐
          County Health Department ☐
Page 3 of 3

# EXHIBIT E

| BREAKFAST | LUNCH | DINNER |
|---|---|---|
| **Sun. May 1st** | | |
| Pancakes | Pork Luncheon Meat | Fried Chicken |
| Eggs | Cream of Veg Soup | Cream Potatoes |
| Syrup | Crackers | Green Beans |
| White Milk | Water | Bread/Tea/Cake |
| | | |
| **Mon. May 2nd** | | |
| Eggs | Peanut Butter & Jelly | Potato Augratin |
| Grits | Potato Soup | Cream Corn |
| Biscuit/Jelly | Brownie | Green Peas/Jello |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| **Tues. May 3rd** | | |
| Grits | Hot Dog | Salisbury Steak |
| Bologna | French Fries | White Peas/Jello |
| Biscuit/Jelly | Pork & Beans | Macaroni Cheese |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| **Wed. May 4th** | | |
| Oatmeal | Turkey Sandwich | Chicken Pot Pie |
| Eggs | Veg. Soup | Green Beans |
| Biscuit/Jelly | Crackers | Jello |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| **Thurs. May 5th** | | |
| Eggs | Grilled Cheese | Pork Steak |
| Grits | French Fries | Turnip Greens |
| Biscuit/Jelly | Cookie | Yams/Rice |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| **Fri. May 6th** | | |
| Grits | Beef Patty Brd. | Beef Peppered Steak |
| Bologna | French Fries | Black Eyed Peas |
| Biscuit/Jelly | Cookie | Turnip Greens |
| Orange Drink | Water | Macaroni Cheese |
| | | Corn Bread/Tea |
| | | |
| **Sat. May 7th** | | |
| Oatmeal | Bologna Sand. | Pork Choppetts |
| Eggs | Cream of Veg. Soup | Mixed Veg./Jello |
| Biscuit/Jelly | Crackers | W. C. Corn |
| Orange Drink | Water | Corn Bread/Tea |

Sun. May 8th
Pancakes
Eggs
Syrup
White Milk

· B.B.Q. Sandwich
Baked Beans
Cookie
Water

Fried Chicken
Candid Yams
Green Beans/Cake
Bread/Tea

Mon. May 9th
Eggs
Grits
Biscuit/Jelly
Orange Drink

Hamburger
French Fries
Brownie
Water

Chili Mac /Turkey
Candid Yams
Cabbage
Corn Bread/Tea

Tues. May 10th
Grits
Bologna
Biscuit/Jelly
Orange Drink

Pork Luncheon Meat
Cream of Veg. Soup
Crackers
Water

Chicken Breast/Gravy
White Peas/Rice
Pinto Beans
Corn Bread/Tea

Wed. May 11th
Oatmeal
Eggs
Biscuit/Jelly
Orange Drink

Peanut Butter & Jelly
Potato Soup
Crackers Brownies
Water

Beef Steak
Collards/Jello
Large Limas
Corn Bread/Tea

Thurs. May 12th
Eggs
Grits
Biscuit/Jelly
Orange Drink

Hot Dog
French Fries
Pork & Beans
Water

Tuna Mac
W.C. Corn
White Peas
Corn Bread/Tea

Fri. May 13th
Grits
Bologna
Biscuit/Jelly
Orange Drink

Turkey Sandwich
Veg. Soup
Crackers
Water

Chicken & Rice
Mixed Veg/Jello
Crowder Peas
Corn Bread/Tea

Sat. May 14th
Oatmeal
Eggs
Biscuit/Jelly
Orange Drink

Grilled Cheese
French Fries
Cookie
Water

Veal Steak
Collards/Jello
Purple Hull Peas
Corn Bread/Tea

| | | |
|---|---|---|
| Sun. May 15th | | |
| Pancakes | Beef Patty Brd. | Fried Chicken |
| Eggs | French Fries | Mashed Potatoes |
| Syrup | Cookie | Green Beans |
| White Milk | Water | Cake/Bread/Tea |
| | | |
| Mon. May 16th | | |
| Eggs | Bologna Sandwich | Spaghetti & Meat |
| Grits | Veg. Soup | W. C. Corn/Jello |
| Biscuit/Jelly | Cracker | Garlic Bread |
| Orange Drink | Water | Water |
| | | |
| Tues. May 17th | | |
| Grits | B.B.Q. Sandwich | Chicken & Noodles |
| Bologna | Baked Beans | Pinto Beans |
| Biscuit/Jelly | Cookie | Cole Slaw |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| Wed. May 18th | | |
| Oatmeal | Hamburger | Chili Beans & Rice |
| Eggs | French Fries | W. C. Corn |
| Biscuit/Jelly | Cookie | Jello |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| Thurs. May 19th | | |
| Eggs | Pork Luncheon Meat | B.B.Q. Chicken |
| Grits | Cream of Veg. Soup | Mashed Potatoes |
| Biscuit/Jelly | Crackers | Great Northern Beans |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| Fri. May 20th | | |
| Grits | Peanut Butter & Jelly | Red Beans & Rice |
| Bologna | Potato Soup | Cream Corn |
| Biscuit/Jelly | Brownie | Mixed Veg. |
| Orange Drink | Water | Corn Bread/Tea |
| | | |
| Sat. May 21st | | |
| Oatmeal | Hot Dog | Breaded Fish Sticks |
| Eggs | French Fries | Cole Slaw/Rice |
| Biscuit/Jelly | Pork & Beans | Baked Beans |
| Orange Drink | Water | Corn Bread/Tea |

Sun. May 29th
Pancakes
Eggs
Syrup
White Milk

Peanut Butter & Jelly Sand.
Potato Soup
Brownie
Water

Fried Chicken
Mashed Potatoes
Green Beans
Cake/Bread/Tea

Mon. May 30th
Eggs
Grits
Biscuit/Jelly
Orange Drink

Hot Dog
French Fries
Pork & Beans
Water

Chili Mac
Candid Yams
Turnips
Corn Bread/Tea

Tues. May 31st
Grits
Bologna
Biscuit/Jelly
Orange Drink

Turkey Sand.
Veg. Soup
Crackers
Water

Chicken Breast/Gravy
White Peas/Rice
Pinto Beans
Corn Bread/Tea