IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF Alabama NORTHERN Division

Robert Michael Davis
   Plaintiff

-VS-

Anthony Clark et al. & Dorene Nelson et al.
   Defendants

RECEIVED
2005 JUL -8 A 9:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Civil Action No. 2:05-CV-429-F

## ✴ Motion to Appoint Counsel ✴

Comes Now the Defendent, Robert M. Davis, pro. se And moves This Honorable Court to Grant this Motion to Appoint Counsel on Grounds Set Fourth.

1. Complexity of Case.
2. Lack of Access to law library on Daily Basis.
3. Lack of Reference materials And limited Access to copier per Sheriff Dept. (MEMO) - (see Attached unsworn Affadavit of C/o Robert Beck)
4. Lack of Rules And procedure.
5. Restricted Access to pertenate Information.
6. Lack of litagation experience.
7. IN intrerest of justice, Case Demands it.
8. To Better utilize Courts valuable time And patience.

X Robert M. Davis
Respectfully Submitted

Sworn And Subscribed Before Me Patricia Sweatt A Notary Public For the County of Covington, Alabama, on this 29 Day of June 2005

Patricia Sweatt
Notary

1-29-09
My commission expires on