FOR THE MIDDLE District OF Alabama
Northern Division

Robert Michael Davis
    Plaintiff

-VS-

Anthony Clark et al.
    Defendants

Civil Action No. 2:05-CV-429-F
WO

---

AFFIDAVIT OF Michael D. Crenshaw.

State of Alabama
Covington County

MY NAME IS Michael D. Crenshaw, I AM OVER the AGE of Nineteen AND competent to execute this AFFIDAVIT which is based on events At Covington County Jail that I Have personal knowledge

I have been An Inmate At the Covington County Jail since — December 22nd 2004

1) I WAS ONE OF several Inmates being transported to child support court in the District Court of Covington County Andalus on same DAY As Plaintiff the 13th DAY OF April 2005.

2) I personally witnessed the Plaintiff being told to Ride in Front of transport van Due to capacity by then C/O Eric Childers.

3) Plaintiff Attempted to GAIN entry into Front passenger seat on 3 Different occasions.

4) Plaintiff was handcuffed At time these Attempts were MADE.

5) Plaintiff Attempted to Get into Front passenger seat of transport van & could not.

6) Plaintiff Asked then C/O Eric Childers For Assistants in Getting into Front passenger seat of transport van And was told by then C/O Eric Childers to just pull himself up into Front seat that he could

G) Plaintiff attempted to get into front passenger seat and fell back out of transport van injuring himself.

H) Plaintiff after being dazed from injuring pulled himself up and attempted to slide sideways into front passenger seat when he tore the pants of the black leisure suit he was wearing at the time of incident.

I) Plaintiff upon return from court requested to see the nurse upon reentry to the Covington County Jail.

J) Plaintiff spoke to and was briefly examined by then nurse Judy Lambert and was told he had a non-emergency injuring and did not or could not go to the hospital for further attention.

K) Nurse Judy Lambert at that time suggested if Plaintiff was still in pain the next day to put in a sick call slip.

I SWEAR UNDER PENALTY of PERJURY that the above statements are true and correct to the best of my knowledge and Recollection. X Michael Crenshaw
SIGNATURE

Dated this 29 day of June 2005.

Sworn and subscribed before me Patricia Sweatt a Notary Public for the County of Covington, Alabama on this 29 day of June 2005

1-29-09
My Commission Expires on

Patricia Sweatt
NOTARY