IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Robert Michael Davis, Plaintiff )
)
v. ) CIVIL ACTION No. 2:05-CV-429-F
)
Anthony Clark & Dorene Nelson, Defendants )
)

State of Alabama
County of Covington

AFFIDAVIT of Robert M. Davis

MY NAME IS Robert Michael Davis, I am over the age of nineteen and competent to execute this affidavit which is based on conditions and events at the Covington County Jail that I have personally witnessed or have personal knowledge of. I have been incarcerated at the Covington County Jail since April 9th, 2005

I.) Since my incarceration I have been subjected to <u>OVER-CROWDED, UNSANITARY CONDITIONS</u>, <u>INJURED</u> while on Covington County Jail property, getting into a Covington County Sheriffs vehicle. <u>DENIED PROPER MEDICAL Attention</u>, <u>Subjected to CRUEL AND UNUSAUL Punishment</u>, <u>INCREASED VIOLENCE</u>, I have not been provided with a "Regular Well-Balanced Meal Containing sufficient Nutritional value to preserve my Health". I have been subjected to triple and quadruple celling, forced to sleep on the floor, denied continueled access to water and toilet facilities. Had minimum or absence of outdoor exercise. Also I have not had access to a law library or had request/grievance forms answered on a regular basis although submitted almost weekly. I have also went without a uniform or proper clothing for three months even though I verbally requested some weekly to jail officials and then after not recieving any started sub-

MITTING REQUEST/GRIEVANCE FORMS UNTIL I WAS FINALLY GIVING SOME.

II.) I SWEAR UNDER PENALTY that the Documents I AM SUBMITTING AND HAVE IN MY POSSESSION ARE ACURATE AND PRECISE to the Best OF MY KNOWLEDGE AND HAVE NOT BEEN TAMPERED with OR ALTERED IN ANY WAY other than what they where INTENDED FOR.

IIA.) THE FOLLOWING IS A ITEMIZED LIST OF DOCUMENTS OR EVIDENTIARY MATERIALS. 1.) FIVE, SWORN AND NOTORIZED AFFIDAVITS REGARDING MY ACCIDENT AND SUBSEQUANTE INJURY ON APRIL 13th 2005.

2.) FIVE, UNANSWERED REQUEST/GRIEVANCE FORMS that WERE COPIED BY COVINGTON COUNTY OFFICERS UPON SUBMITTEL PERTAINING TO CONDITIONS AND INJURY.

3A) ONE, MEMO (COPY) that WAS PLACED OVER COPY MACHINE AT COVINGTON COUNTY JAIL, AFTER CIVIL Complaint Filing.

3b.) ONE, SIGNED UNSWORN STATEMENT FROM COVINGTON COUNTY JAIL CORRECTION OFFICERS PERTAINING to FOREMENTIONED MEMO, REGARDING FUTURE COPIES BEING MADE FOR INMATES.

4.) TWO, MEDICAL DOCUMENTS RELATING to PLAINTIFFS INJURY AND DIAGNOSES AND RECOMMENDED TREATMENT, BY OUTSIDE DOCTORS.

5.) ONE, REVISED MENU FOR the Month OF MAY 2005 INITIALLY SUBMITTED BY the DEFENDANTS (REVISIONS ARE AVERAGED DAILY).

IIIA) I WAS NEVER told About A Covington County Jail Policy OR WAS I EVER SHOWN SAID POLICY.

B.) I WAS NEVER MADE AWARE OF A GRIEVANCE PROCEDURE BY A COVINGTON COUNTY JAIL OFFICER.

C.) I DID NOT RECIEVE ANSWERS to All GRIEVANCES OR REQUESTS I SUBMITTED.

D.) THE Covington County Jail HAS AVERAGED OVER (200) TWO-HUNDRED INMATES OVER the last (4) Four Months (PLEASE SUBPEONA RECORDS), AVERAGE IS PER. DAY.

III E.) THE EXCESS CAPACITY IS PRESENTING A HEALTH AND SAFETY HAZARD.

F.) The Covington County Health Departments Inspection is not therough in the fact that only a walk-by or walk-through is done and not a cell by cell inspection to number of inmates occupying cells or cell-block.

G.) I have been subjected to increased violence and have witnessed several fights and riots where Sheriff Dept. Deputy's and Andulusia City Police were called to respond to violence and unrullyness.

H.) Southern Health Partners Inc. violated my rights by not giving me proper or adequate, reasonable health-care

J.) Sheriff Anthony Clark and Dorene Nelson violated my rights by ignoring my continued submission of grievances relating to my accident and injury and jail conditions.

K.) Covington County Jail Doctor, Millard H. McWhorter III MD. violated my rights by not administering, proper, adequate or reasonable health-care.

L.) Southern Health Partners Inc. Former staff/employee Nurse Judy Lambert violated my rights by not attending to my medical needs or giving adequate health-care.

I certify and state the documents provided to the court which are included to Plaintiff's Response to Defendants Special Report are true and correct copies.

I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_Robert M. Dawes_
Respectifully submitted by

Sworn and subscribed before me Patricia Sweatt a Notary Public for the County of Covington, Alabama on 6th day of July, 2005

1-29-09
My commission expires on

_Patricia Sweatt_
Notary