1

COPY
EVIDENTIARY MATERIAL
JUDGES COPY

# COVINGTON COUNTY JAIL
# INAMTE REQUEST/GRIEVANCE FORM

NAME Robert Michael Davis BLOCK: A DATE 04-16-05

TELEPHONE CALL ( ) CUSTODY CHANGE (X) PERSONAL PROBLEM

SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Doreene
SHERIFF CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

The other day on the 13th I was being taken to court by c/o Eric Childres before we left the Salley-port I fell back out of front passenger seat side of the transport van injurying my right leg very bad. I told c/o Eric Childres about my pain and was told to put a sick call slip in when we returned to the Jail. When we got back I saw the nurse when we came into the jail I told her what occured she briefly looked at my leg I told her it was very painful and I thought I should see a Doctor at the hospital she said I didnt have an emergency and I could not go. I am still having this sharp pain in my leg I need some kind of attention could you please look into this matter ASAP

Thank You Robert M Davis

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

1st request Filed After oral on 13th no response RMD 4/15/05

2nd Request Filed After oral on 13th on 15th no response RMD 4/16/05

No copies made

2

Copy
Evidentiary Material
Judges Copy

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Robert Michael Davis BLOCK: A DATE: 04-20-05

TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I have put in a grievance About me being hurt Going ~~[illegible]~~ to Court I told Sg Childs And the Nurse Judy I wanted to go to the hospital but was told I had to have emergency I put in Request and grievances have not received A Answer to Any Can you please Help

Thank You

Robert M Davis

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY: No Response RMD

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Copy
Evidentiary Material Judge

③

**COVINGTON COUNTY JAIL**
**INAMTE REQUEST/GRIEVANCE FORM**

NAME Robert Michael Davis BLOCK: A DATE: 5-8-05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
(✓)SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I have been here since 4-10-05 And I have been having to sleep on the floor since then due to the overcrowding I have other Inmates constantly walking around over my head during the day at nite there is nowhere to urinate except the shower because of the lock down every nite nite, I cannot sleep without medication due to this also I cannot sleep in a cell because of to many men in a cell I have had other inmates standing over me urinating when I was trying to sleep also being subjected to body odors. I have a previous And a recent knee injury which make it difficult for me to get around I was injured getting into one of the sheriffs vans going to court on the 13th of April And have to this date not recieved reasonable care by your jail staff or Doctors & nurses I am being held on FTP and child support and I had just started a Bizness when I was Arrested I respectfully ask that you release me on some type of work release or something this will also help your overcrowding.

Thank you! Robert M Davis

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

No Response RMD



COPY EVIDENTIARY MATERIAL JUDGE

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Robert Michael Davis BLOCK: A DATE. 05-13-05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
(X) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Recently put in A grievance on 05-08-05 Addressed to the Sheriff Regarding the overcrowding and my having to sleep on the floor I Am still on the floor and we Are still overcrowded in A-Block and I have not recieved A Response to that grievance or 3 previous grievances dated 05-07-05, 05-06-05, and 05-05-05 I would appriciate if you would find out what happened to my prior grievances and what or why I haven't recieved A Reply to Any of these prior grievances ASAP Again I Am being held here on A simple FTP charge and child support contempt both misdemeanors I have A bizness waiting on the outside that was started on 04-28-05 that would Allow me to be on your work release program And help me to support my children thus Reducing your overcrowding situation. Thank You for prompt response

Robert M Davis

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY: NO Response RMD

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

(5)

Copy Evidentiary Material Judge

# COVINGTON COUNTY JAIL
# INAMTE REQUEST/GRIEVANCE FORM

NAME Robert Michael Davis BLOCK: A DATE 6/20/05

TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Lt. Dorene
SHERIFF CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I was sent to an outside Doctor By the CCJ Doctor Almost 2wks Ago on 6-7-05 At that time Doctor Anderson recommended that I see an orthopedic surgeon in Enterprise to have my ACL repaired. My Leg is getting worse and worse every day and I am having severe pain. The Nurses on the CCJ Doctor have not given me any information could you please Find out whats going on ASAP, I know you do not handle this Kind of thing but, I need Medical Attention very bad and I believe I am being denied medical Attention because of a lawsuit I Already have Against the CCJ Doctor. I'm writing you because I want to let you know before I pursue other legal Action. Thank you

Robert M Davis

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY: NO ANSWER RMD

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Judges copy (JC)

**ATTENTION!!!!!!!!!!!**

**WHEN MAKING COPIES FOR INMATES WE ARE ONLY ALLOWED TO MAKE 1 COPY, AND ONLY IF IT'S LEGAL WORK!!!!!!**

Plaintiffs evidentiary material;

Plaintiffs comments:

THis is A copy of A memo From sheriffs Dept. Which WAS placed over THE Covington County JAil copier Machine, which is Accessible only to JAil Authorities obtained Thru other Appropriate means. Also see (Attached) unsworn statement by CCJ C/O Robert Beck which proves plaintiff is intentionally being hindered in his Ability to comply with Honorable Magistrate Judges ORDERS.

Robert Michael Dav[illegible]

6-05

June 24th 2005

I was told by C/O Robbie Beck that he or other C/O's could not make copies of grievances any longer and could only make one copy of any legal papers

Signed: Robert T. Beck C/O005
6-24-05

This is what I was told and is true to the best of my knowledge

Dated:

Plaintiff Comments: Evidentiary Material

This is a copy of an unsworn statement signed by current C/O Robert Beck of what he stated to me on 6-24-05

Judges copy (JC)

EVIDENTIARY MATERIAL (JC)

# Andalusia Open MRI

A Division of Advanced Magnetic Imaging, Inc.
580 West By-Pass Suite A ♦ Andalusia, AL 36420 ♦ Phone: 334-222-1151 ♦ Fax: 334-222-1191
Toll Free Phone: 877-898-1151 ♦ Toll Free Fax: 866-694-1191

Magnetic Resonance Imaging
Radiological Consultation Report

Patient: Davis, Robert
DOB: 01/08/1968
Study Number: AOM11579
Study: MRI Right Knee
Date of Study: May 25, 2005
Referred by: Dr. McWorther

**History:** Knee pain.

**Procedure:** Long and short axis water- and fat-weighted sequences have been obtained of the right knee.

**Findings:** No aggressive marrow signal abnormality is seen. The anterior cruciate ligament appears completely torn. The posterior cruciate ligament appears intact. The collateral ligaments appear intact. There is a moderate-sized joint effusion.

There appears to be a tear of the posterior horn of the medial meniscus with high signal extending to the superior and inferior articular surface laterally. The patellae appears intact. The lateral meniscus appears intact.

**Impression:**

1. Anterior cruciate ligament tear with a joint effusion.
2. Tear posterior horn of the medial meniscus.

Hunter Nelson, M.D.
Bernard A. Landry, M.D., F.A.C.R.
Date of Study: May 25, 2005
Transcribed on Thursday, May 26, 2005/mts
Verified by
Forwarded to Referring Physician

# ORTHOPAEDICS OF SOUTH ALABAMA

P.O. Box 218 • Andalusia, AL 36420
Location: 300 Medical Avenue Suite 1
(334) 427-1022 • Fax(334) 427-1023

Opp Office • 802 North Man St. • Opp, AL 36467
(334) 493-9999 • Fax(334) 493-1935

Patient: 002241 Date: 06/07/05 Time: 9.19 Pat Bal: .00
ROBERT M DAVIS 0001 - ANDON B. ANDERSON, Ins Bal: .00
500 HARDIN STREET Sex: M D.O.B.: 01/08/68 Oth Bal: .00
OPP Seq: 018896 Age: 37
AL 36467 Insurance: Charges:
SS#: 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 Copay: .00 1)COVINGTON COUNTY COMMI
Phone: Paid:
Resp: Self Type:

| | PROFESSIONAL VISITS | CODE |
|---|---|---|
| | **NEW PATIENT** | |
| | PROBLEM FOCUSED | 99201 |
| | EXPANDED | 99202 |
| | DETAILED | 99203 |
| | COMPLEX | 99204 |
| | HIGH COMPLEX | 99205 |
| | **ESTABLISHED PATIENT** | |
| | MIN. | 99211 |
| | PROBLEM FOCUSED | 99212 |
| | EXPANDED | 99213 |
| | DETAILED | 99214 |
| | COMP. | 99215 |
| | POST-OP | 99024 |
| | **CONSULT** | |
| | PROB. FOCUS | 99241 |
| | EXPANDED | 99242 |
| X | DETAILED McWhorter | 99243 |
| | COMP. | 99244 |
| | HIGH COMP. | 99245 |
| | **2ND OPINION** | |
| | PROB. FOCUS | 99271 |
| | EXPANDED | 99272 |
| | DETAILED | 99273 |
| | COMP. | 99274 |
| | HIGH COMP. | 99275 |
| | **INJECTIONS** | |
| | TENDON SHEATH LIGAMENT GANGLION | 20550 |
| | TENDON | 20551 |
| | TRIGGER POINT 1-2 MUSCLES | 20552 |
| | 3+ MUSCLE | 20553 |
| | JOINT ASPIR. INJ. SMALL JOINT | 20600 |
| | INTERMEDIATE | 20605 |
| | MAJOR JOINT | 20610 |
| | **MEDICATION** | |
| | MARCAINE | S0020 |
| | XYLOCAINE | J2000 |
| | DEPOMEDROL | J1030 |
| | **X-RAYS** | |
| | SPINE SINGLE | 72020 |
| | CERVICAL 2-3V | 72040 |
| | THORACIC 2V | 72070 |
| | LUMBAR 2-3V | 72100 |
| | SPINE 4V | 72110 |
| | PELVIS 1-2V | 72170 |
| | CLAVICLE | 73000 |
| | SCAPULA | 73010 |
| | SHOULDER 1V | 73020 |
| | SHOULDER 2V | 73030 |
| | BILATERAL ACROMIOCAVICLUR | 73050 |
| | HUMERUS 2V | 73060 |
| | ELBOW 2V | 73070 |

| | X-RAYS (CONT.) | |
|---|---|---|
| | ELBOW 3V | 73080 |
| | FOREARM 2V | 73090 |
| | INFANT UPPER EXT. 2V | 73092 |
| | WRIST 2V | 73100 |
| | WRIST 3V | 73110 |
| | HAND 2V | 73120 |
| | HAND 3V | 73130 |
| | FINGER 2V | 73140 |
| | HIP 1V | 73500 |
| | HIP 2V | 73510 |
| | | |
| | BILATERAL HIPS | 73520 |
| | BILATERAL CHILD | 73540 |
| | FEMUR 2V | 73550 |
| | KNEE 1-2V | 73560 |
| | KNEE 3V | 73562 |
| | KNEE 4V | 73564 |
| | BOTH KNEES STANDING AP | 73565 |
| | TIBIA 2V | 73590 |
| | INFANT LOWER EXT. 2V | 73592 |
| | ANKLE 2V | 73600 |
| | ANKLE 3V | 73610 |
| | FOOT 2V | 73620 |
| | FOOT 3V | 73630 |
| | CALCANEUS 2V | 73650 |
| | TOES 2V | 73660 |
| | CHEST 2V | 71020 |
| | RIBS UNILATERAL 2V | 71100 |
| | **SUPPLIES** | |
| | CAST SHOE | L3219 |
| | FRACTURE SHOE | L3260 |
| | PLASTER | A4580 |
| | FIBERGLASS | A4590 |
| | ARM SLING | A4565 |
| | KNEE IMMOBILIZER | L1830 |
| | KNEE IMMOBILIZER | L1820 |
| | SHOULDER IMMOB. | A4565 |

| | SUPPLIES (CONT.) | |
|---|---|---|
| | HEAL PADS TULLIS HEEL PAD | L3350 |
| | FINGER SPLINT (STACK) | L3948 |
| | WRIST & FOREARM SPLINT | L3908 |
| | **CASTS** | |
| | SPLINT LONG ARM | 29105 |
| | SPLINT SHORT ARM | 29125 |
| | SPLINT LONG LEG | 29345 |
| | SPLINT SHORT LEG | 29515 |
| | CAST LONG ARM | 29065 |
| | CAST SHORT ARM | 29075 |
| | GAUNTLET | 29085 |
| | LONG LEG | 29345 |
| | SHORT LEG | 29405 |
| | SHORT LET WALKING CAST | 29425 |
| | CLUBFOOT | 29450 |
| | REPAIR WINDOW | 29730 |
| | REPAIR WEDGE | 29740 |

| PRIMARY DIAGNOSIS | CODE | DATE OF INJURY |
|---|---|---|
| | | Apr 13 |
| 1 [illegible] | 844 2 | |
| 2 med men tear | 717.3 | |
| 3 | | |
| 4 | | |
| 5 | | |

**NOTES & LIMITATIONS**

[illegible]

set appt c ortho [illegible] who [illegible] ACL repair done

**RETURN TO WORK**

**RETURN TO OFFICE**

Your Next Appointment will be:

DATE ____________

DAY ____________

TIME ____________ AM PM



(PAGE 10)

# REVISED MENUE with portion SIZE'S

# * CIRCLED MEALS ARE ADEQUATE Enough *

| BREAKFAST | LUNCH | DINNER |
|---|---|---|
| **Sun. May 1st**<br>Pancakes (2) saucer size<br>Eggs 1-2 Tablespoons<br>Syrup enough to cover pancakes<br>White Milk close to exp | Pork Luncheon Meat 1/2 slice<br>Cream of Veg Soup<br>Crackers (4) squares<br>Water | (circled)<br>Fried Chicken leg quarter (1)<br>Cream Potatoes<br>Green Beans<br>Bread/Tea/Cake |
| **Mon. May 2nd**<br>Eggs 1-2 Tablespoons<br>Grits enough to cover bottom<br>Biscuit/Jelly<br>Orange Drink Flavored | spoonful of PB spoonful Jelly<br>Peanut Butter & Jelly<br>Potato Soup enough to cover<br>Brownie 1 1/2 by 1 1/2<br>Water | Potato Augratin chopped potatoes cheese sauce no meat<br>Cream Corn<br>Green Peas/Jello<br>Corn Bread/Tea<br>X |
| **Tues. May 3rd**<br>Grits enough to cover bottom<br>Bologna Thin slice<br>Biscuit/Jelly<br>Orange Drink Flavored | Hot Dog (1)<br>French Fries (8) Frys ©<br>Pork & Beans 3-4 Teaspoons<br>Water | (circled)<br>Salisbury Steak (1) small<br>White Peas/Jello<br>Macaroni Cheese<br>Corn Bread/Tea |
| **Wed. May 4th**<br>Oatmeal enough to cover bottom<br>Eggs 1-2 Tablespoons<br>Biscuit/Jelly<br>Orange Drink Flavored | Turkey Sandwich Thin slices<br>Veg. Soup enough to cover<br>Crackers (4) squares<br>Water | Chicken Pot Pie Enough to cover<br>Green Beans<br>Jello<br>Corn Bread/Tea<br>X |
| **Thurs. May 5th**<br>Eggs 1-2 Tablespoons<br>Grits enough to cover bottom<br>Biscuit/Jelly<br>Orange Drink Flavored | Grilled Cheese (1) slices<br>French Fries (8) Frys ©<br>Cookie half dollar size<br>Water | Pork Steak (1) patty<br>Turnip Greens<br>Yams/Rice<br>Corn Bread/Tea |
| **Fri. May 6th**<br>Grits enough to cover bottom<br>Bologna thin slice<br>Biscuit/Jelly<br>Orange Drink Flavored | Beef Patty Brd. (1) patty<br>French Fries (8) Frys ©<br>Cookie half dollar size<br>Water | (circled)<br>Beef Peppered Steak (1) patty<br>Black Eyed Peas<br>Turnip Greens<br>Macaroni Cheese<br>Corn Bread/Tea |
| **Sat. May 7th**<br>Oatmeal enough to cover bottom<br>Eggs 1-2 Table spoon<br>Biscuit/Jelly<br>Orange Drink Flavored | Bologna Sand. Thin slice<br>Cream of Veg. Soup enough to cover<br>Crackers (4) squares<br>Water | Pork Choppetts (1) patty<br>Mixed Veg./Jello<br>W. C. Corn<br>Corn Bread/Tea |

NO Fruit / Most MEALS DO not have large enough portions OR CAlories

Milk once A Week And its Always close to expiration Date

(ADDED)

Revised Menue with portion sizes

Circled meals are Adequate Enough

| Breakfast | Lunch | Dinner |
|---|---|---|
| Sun. May 8th<br>Pancakes 2 saucer size<br>Eggs 1-2 Tablespoons<br>Syrup<br>White Milk | (1) Tablespoon meat sauce<br>B.B.Q. Sandwich<br>Baked Beans 1-2 tea spoons<br>Cookie 1/2 dollar size<br>Water | (circled) Fried Chicken (1) leg Qt<br>Candid Yams<br>Green Beans/Cake<br>Bread/Tea |
| Mon. May 9th<br>Eggs 1-2 Tablespoons<br>Grits enough to cover bottom<br>Biscuit/Jelly<br>Orange Drink | Hamburger<br>French Fries (8) Frys @<br>Brownie 1 1/2 x 1 1/2<br>Water | Chili Mac /Turkey<br>Candid Yams<br>Cabbage<br>Corn Bread/Tea<br>X |
| Tues. May 10th<br>Grits enough to cover bottom<br>Bologna Thin slice<br>Biscuit/Jelly<br>Orange Drink | 1/2 slice<br>Pork Luncheon Meat<br>Cream of Veg. Soup<br>Crackers (4) squares<br>Water | Chicken Breast/Gravy<br>White Peas/Rice<br>Pinto Beans<br>Corn Bread/Tea<br>X |
| Wed. May 11th<br>Oatmeal enough to cover<br>Eggs 1-2 Tablespoons<br>Biscuit/Jelly<br>Orange Drink | (1) teaspoon PB (1) teaspoon Jelly<br>Peanut Butter & Jelly<br>Potato Soup enough to cover<br>~~Crackers~~ Brownies<br>Water | Beef Steak (1) patty<br>Collards/Jello<br>Large Limas<br>Corn Bread/Tea |
| Thurs. May 12th<br>Eggs 1-2 Tablespoons<br>Grits enough to cover bottom<br>Biscuit/Jelly<br>Orange Drink | Hot Dog (1)<br>French Fries (8) Frys @<br>Pork & Beans 3-4 tea spoons<br>Water | (circled) Tuna Mac<br>W.C. Corn<br>White Peas<br>Corn Bread/Tea |
| Fri. May 13th<br>Grits enough to cover bottom<br>Bologna<br>Biscuit/Jelly<br>Orange Drink | Turkey Sandwich<br>Veg. Soup enough to cover<br>Crackers (4) squares<br>Water | Chicken & Rice<br>Mixed Veg/Jello<br>Crowder Peas<br>Corn Bread/Tea<br>X |
| Sat. May 14th<br>Oatmeal enough to cover bottom<br>Eggs 1-2 Tablespoons<br>Biscuit/Jelly<br>Orange Drink | Grilled Cheese<br>French Fries (8) Frys @<br>Cookie 1/2 dollar size<br>Water | Veal Steak (1) patty<br>Collards/Jello<br>Purple Hull Peas<br>Corn Bread/Tea |

Meals marked with X are meals where meat product is un measurable. NO Fruit.

On occassions cookies or Brownies are committed from trays altogeather even though they are on menu. No Fruit

Sun. May 15th
Pancakes 2 saucer size
Eggs 1-2 teaspoons
Syrup
White Milk

Beef Patty Brd (1) patty
French Fries (8) frys, (c)
Cookie 1/2 dollar size
Water

Fried Chicken (1) leg Qt
Mashed Potatoes
Green Beans
Cake/Bread/Tea

Mon. May 16th
Eggs 1-2 teaspoons
Grits enough to cover bottom
Biscuit/Jelly
Orange Drink flavored

Bologna Sandwich (1) thin slice
Veg. Soup enough to cover
Cracker (4) squares
Water

Spaghetti & Meat
W. C. Corn/Jello
Garlic Bread
Water
X

Tues. May 17th
Grits enough to cover bottom
Bologna (1) thin slice
Biscuit/Jelly
Orange Drink flavored

1-2 Tablespoons on bun
B.B.Q. Sandwich
Baked Beans 3 teaspoons
Cookie 1/2 dollar size
Water

Chicken & Noodles
Pinto Beans
Cole Slaw
Corn Bread/Tea
X

Wed. May 18th
Oatmeal enough to cover bottom
Eggs 1-2 teaspoons
Biscuit/Jelly
Orange Drink flavored

Hamburger (1) patty
French Fries (8) frys (c)
Cookie 1/2 dollar size
Water

Chili Beans & Rice
W. C. Corn
Jello
Corn Bread/Tea
X

Thurs. May 19th
Eggs 1-2 teaspoons
Grits enough to cover bottom
Biscuit/Jelly
Orange Drink flavored

1/2 slice
Pork Luncheon Meat
Cream of Veg. Soup
Crackers (4) squares
Water

B.B.Q. Chicken (1) leg Qt.
Mashed Potatoes
Great Northern Beans
Corn Bread/Tea

Fri. May 20th
Grits enough to cover bottom
Bologna (1) thin slice
Biscuit/Jelly
Orange Drink flavored

1-2 Teaspoons on bread
Peanut Butter & Jelly
Potato Soup enough to cover
Brownie 1 1/2 x 1 1/2
Water

Red Beans & Rice
Cream Corn
Mixed Veg.
Corn Bread/Tea
No Meat

Sat. May 21st
Oatmeal enough to cover bottom
Eggs 1-2 teaspoons
Biscuit/Jelly
Orange Drink flavored

Hot Dog (1)
French Fries (8) frys (c)
Pork & Beans 1-2 teaspoons
Water

Breaded Fish Sticks 3 sticks or nuggets
Cole Slaw/Rice
Baked Beans 1-2 teaspoons
Corn Bread/Tea

*Please subpeona Food budgets and Jail Records pertaining to number of Inmates compare to Budget size and Amounts.*

I Firmly believe that CCJ overcrowding situation has Alot to do with portion sizes. Also the fact that no licensed or certified supervision exist. No Fruit!

Sun. May 29th
Pancakes 2 saucersize
Eggs 1-2 teaspoons
Syrup enough to cover
White Milk Always close to exp.

1-2 teaspoons PB & Jelly on Bread
Peanut Butter & Jelly Sand.
Potato Soup enough to cover
Brownie 1½ x 1½
Water

Fried Chicken
Mashed Potatoes
Green Beans
Cake/Bread/Tea

Mon. May 30th
Eggs
Grits
Biscuit/Jelly
Orange Drink Flavored

Hot Dog (1)
French Fries (8) Frys (8)
Pork & Beans 1-2 teaspoons
Water

Chili Mac
Candid Yams
Turnips
Corn Bread/Tea
X

Tues. May 31st
Grits enough to cover bottom
Bologna (1) Thin slice
Biscuit/Jelly
Orange Drink Flavored

Turkey Sand. (1) slice
Veg. Soup enough to cover
Crackers (4) squares
Water

Chicken Breast/Gravy
White Peas/Rice
Pinto Beans
Corn Bread/Tea
X

Menu [illegible] submitted by Defendants has no portion sizes or Calorie content Due to Fact that There is no licensed or certified dietian on staff or supervising meal preperations I SWEAR UNDER Penalty of perjury that the above and previous notes and statements are true and correct to the Best of my knowledge and Recolection X Robert McDowell
Signature

Sworn and Subscribed Before Me Patricia Sweatt A Notary Public For the County of Covington, Alabama on this 29 Day of June 2005

1-29-09
My Commission expires on

Patricia Sweatt
Notary