# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

ORIGINAL

RECEIVED
2005 JUL 26 A 9:33

Robert Michael Davis
Plaintiff,

V.

Anthony Clark, et al.,
Defendants.

Civil Action No. 2:05-CV-429-F

## Notice of Appeal

Comes Now the Petitioner Robert Michael Davis and Files Notice of Appeal on Case No. 2:05-CV-429-F and Denial of Motion to Appoint Counsel, Denied on the 18th day of July, 2005. On Grounds that there are Exceptional Circumstances to Justify Appointment of Counsel, Set Fourth.

1.) Plaintiff will be undergoing major surgery in the coming months that will leave him incapacitated and highly medicated and unable to research, identify, comprehend and otherwise answer any or all objections, motions, petitions or arguments that the Defendants may submitte in a timely fashion to comply with Magistrate Judges orders.

2.) Due to the fact that Plaintiff fears for his safety considering the ongoing and recent televised violence of the continual inmate riots at the Covington County Jail Facility, that Plaintiff has been an eye witness to.

Respectfully Submitted
Robert Michael Davis

## Certificate of Service

I hereby certify that on this the 22nd day of July, 2005, I filed and served the following by U.S. Mail:

Scott W. Gosnell c/o Webb & Eley P.C.
7475 Halcyon Pointe Road, P.O. Box 240909 Montgomery, Alabama 36124

Robert Mc Davis
Hillcrest Dr.
Andalusia, Al. 36420

2:05cv429

U.S Magistrate Judge
Susan Russ Walker
c/o OFFICE OF THE Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711
OFFICIAL BUSINESS

Correspondence
Covington County
Inmate Mail
Not Responsible For Any Content