IN THE District Court of THE United States
For THE Middle District of Alabama
Northern Division

Robert Michael Davis )
    Plaintiff )
 )
VS. ) Civil Action No. 2:05-CV-429-F
 )
Anthony Clark, et.al., )
    Defendants )

RECEIVED
2005 AUG -1 A 9:13
U.S. DISTRICT CLK
MIDDLE DISTRICT COURT
ALA

## Request For Production of Documents, Etc., Under Rule 34

Comes Now the Plaintiff Robert Michael Davis And Requests Defendants Anthony Clark et.al., & Dorene Nelson.et,al., to Respond within 20 Days to the Following Requests:

(1.) That Defendants Produce And Permit Plaintiff to inspect And to copy each of the Following Documents:

A.) Defendants Job Discriptions, Duties And Administration Guidelines or Procedures For them operating at the Covington County Jail (Hereafter CCJ) And their Authority therein.

B.) CCJ, Sheriff Dept. Medical Staff or contracted Employees Policys, Procedures Guidelines And Rules And Authority therein.

C.) Discriptions of All Contracted Employee Job Duties, Procedures And Guidelines For operating at CCJ And their Authority therein

D.) Employment Contracts For Millard H. McWhorter III MD. And the Southern Health Partners Inc. And their Authority At the CCJ.

E.) All Medical Records that Pertain to Plaintiff

F.) All CCJ inmate Grievances submitted And Answered over the Previous 6 months.

G.) All CCJ Inmate Grievance Procedures, Policys And Guidelines

H.) Any And All Forms, Documents, Policys, Procedures And Guidelines of the CCJ or Sheriff Dept. For contacting or Addressing State Board

of Adjustments, and a Current Inmate Handbook For CCJ.

I.) Any Documents, Notes, Memos or Reports for the Previous 6 month that pertain to CCJ inmates or Defendants that address meals, over crowding, conditions, medical treatment or security.

J.) All Records and Information pertaining to Former employees or contracted empl, Eric Childers, Judy Lambert Carter, and Mike Mitchell.

K.) Any and All Photo's or Video pertaining to CCJ and Defendants.

L.) Any and All Reports or Documents pertaining to Any Disaplinary Actions taken Against CCJ, its employees, Administration or contracted employees.

Plaintiff will Inspect, copy or photograph materials at 9am on or about the 19th day of August 2005 at CCJ law library/storage Room with whatever court ordered supervision or witness court deems sufficient, to allow Plaintiff to take material into his position.

2.) That Defendant produce and permit Plaintiff to inspect and photograph the following objects:

A.) CCJ's or Sheriffs Inmate Transport Van.

Plaintiff will Inspect and photograph Transport van at 8:30am on or about the 19th day of August 2005, inside CCJ Salley Port with whatever court ordered supervision or witnesses court deems sufficient.

3.) That Defendants permit Plaintiff to enter CCJ kitchen and All cell blocks and cells to inspect and to photograph, test or sample all inmate's cells and meal preparation inside CCJ kitchen. Plaintiff will Inspect, copy and photograph meal preparation inside CCJ kitchen and inspect and photograph 4 or 5 cells per block at 4am on or about the 19th day of August 2005, inside CCJ Facility with whatever court ordered supervision or witnesses court deems appropriate.

Respectfully Submitted

Signed: _Robert M. Davis_
                    Plaintiff

Address: 290 Hillcrest Drive Andulusia AL.

# CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of July, 2005, I filed and served the following by U.S. Mail:

Scott W. Gosnell
Attorney for Defendants Anthony Clark
and Dorene Nelson
c/o Webb & Eley, P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, Alabama 36124
(334) 262-7850

Robert Michael Davis
Robert Michael Davis
7/29/05