IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | CIVIL ACTION NO. 2:05-CV-429-F |
| ) | |
| ANTHONY CLARK, et al.,     ) | |
| ) | |
| Defendants.     ) | |

**ORDER ON MOTION**

Upon review of the request for production of documents filed by the plaintiff on August 1, 2005 (Court Doc. No. 14), which the court construes to contain a motion for leave to conduct discovery, and for good cause, it is

ORDERED that:

1. The motion for leave to conduct discovery be and is hereby GRANTED to the extent that the plaintiff seeks access to **his** jail and medical records.

2. The motion for leave to conduct discovery be and is hereby DENIED with respect to all other requests made by the plaintiff as the documents and/or evidence sought is either irrelevant to the disposition of the issues raised in this case or cumulative to the materials previously submitted by the defendants.

3. On or before August 23, 2005, the defendants shall allow the plaintiff to inspect and/or copy his institutional and medical files. **The plaintiff is hereby informed that**

**neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**.  Thus, if the plaintiff seeks to obtain photocopies of his records, he must make prepayment to the appropriate official of all costs related to producing the copies.  The plaintiff is advised that he may utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court.

DONE, this 5th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE