RE: Civil Action 2:05-CV-429-F WO

## Notification/Change of Address

NEW/CURRENT ADDRESS

Robert Michael Davis
500 Hardin Street
Opp, Alabama 36467

FORMER ADDRESS  Robert Michael Davis
c/o Covington County Jail
290 Hillcrest Drive
Andulusia, Alabama 36420

## Certificate of Service

I hereby certify that on this 20th day of September, 2005, I filed and served the following by U.S. Mail:

s/Scott W. Gosnell  BAR: GOS002  Attorneys for Defendant — Anthony Clark and Dorene Nelson
Webb & Eley P.C.  7475 Halcyon Pointe Rd.
P.O. Box 240909  Montgomery, Al. 36124
(334) 262-1850 / Fax (334)-262-1884 / E-Mail: sgosnell@webbeley.com

Robert Michael Davis /Robert Michael Davis — Plaintiff

Robert Michael Davis
800 Hardin Street
Opp, Al. 36467

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

OFFICIAL BUSINESS