IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05cv429-MEF |
| | ) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the Court:

(1) That the Notice of Appeal (Doc. #13) filed by Plaintiff on July 26, 2005, which this Court construes as an objection to the Magistrate Judge's Order (Doc. #12) of July 18, 2005, is OVERRULED;

(2) That the Order (Doc. #12) of the Magistrate Judge entered on July 18, 2005 is ADOPTED;

(3) That this case is REFERRED back to the Magistrate Judge for all pretrial matters.

DONE this the 20th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE