IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:05-CV-429-MEF |
| | ) |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 24, 2007 defendants McWhorter and Lambert shall:

1. Show cause why they have failed to file an answer and written report in accordance with the directives of the orders entered in this case.

2. File an answer and written report in compliance with the orders of this court.

The Clerk is hereby DIRECTED to provide a copy of this order and the complaint to General Counsel for Southern Health Partners, Inc.

Done this 9th day of August, 2007.

                                                        /s/ Susan Russ Walker
                                                  SUSAN RUSS WALKER
                                                  UNITED STATES MAGISTRATE JUDGE