IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05-CV-429-MEF |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants, | ) |

**DEFENDANTS' RESPONSE SHOWING CAUSE
FOR FAILURE TO FILE ANSWER AND SPECIAL REPORT**

Defendants, Millard H. McWhorter, M.D. and Judy Carter (incorrectly designated as Judy Lambert in the complaint) hereby show cause for why they have yet to file their answer and special report in this matter. In support of this submission, the affidavit of Dr. McWhorter (Exhibit A), the affidavit of Judy Carter (Exhibit B) and the affidavit of Connie Lyons (Exhibit C) are attached.

1. Prior to this week, neither Dr. McWhorter nor Judy Carter ("Nurse Carter") were aware that this lawsuit was pending against them. (McWhorter Aff. at ¶ 2; Carter Aff. at ¶ 3.)

2. Upon review of the court file, it appears that Connie Lyons, LPN ("Nurse Lyons") signed a certified mail slip for receipt of the summons and complaint for Dr. McWhorter and a Judy Lambert (See court file). Dr. McWhorter, Nurse Carter and Nurse Lyons have all testified that Nurse Lyons was not authorized nor appointed by Nurse Carter or Dr. McWhorter to accept service of process on their behalf. (McWhorter Aff. at ¶ 3; Carter Aff. At ¶ 4; Lyons Aff. at ¶ 6.) As such, pursuant to Fed. R. Civ. P. 4 (e), Nurse Carter and Dr. McWhorter have not been properly served with process in this matter.

3. Moreover Nurse Carter is incorrectly named in the complaint. Nurse Carter's legal name is Judy Carter, not Judy Lambert. (Carter Aff. at ¶ 5.) She was once known as Judy Lambert, but has not gone by that name since 1991. (*Id.*)

4. Both Nurse Carter and Dr. McWhorter have meritorious defenses to the plaintiff's claims. Specifically, Nurse Carter and Dr. McWhorter met the standard of care in providing treatment to the plaintiff and were not deliberately indifferent to any of the plaintiff's medical needs. (McWhorter Aff. at ¶ 4; Carter Aff. at ¶ 6.)

5. Based upon the testimony of Nurse Lyons, Nurse Carter and Dr. McWhorter, it is evident that neither Nurse Carter nor Dr. McWhorter were sufficiently served with process in this matter and that Nurse Carter has not been correctly named in the lawsuit. Moreover, as soon as they were made aware that they were defendants in this matter, Nurse Carter and Dr. McWhorter have immediately taken action and filed this show cause response along with their answer and special report. Finally, Nurse Carter and Dr. McWhorter have meritorious defenses to the claims alleged by the plaintiff as set out in more detail in their special report and answer.

_/s/ Robert N Bailey_
Daniel F. Beasley
Robert N. Bailey, II
Attorneys for Millard H. McWhorter, MD and Judy Carter

## CERTIFICATE OF SERVICE

I certify that on August 24, 2007, I filed the foregoing with the Clerk of the Court using the Alabama Judicial System electronic filing system which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Robert Michael Davis
500 Hardin Street
Opp, Alabama 36467

Scott W. Gossnell
Gary L. Willford, Jr.
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL 36124
sgosnell@webbeley.com

_____
Robert N. Bailey, II

# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 2:05-CV-429-MEF |
| ANTHONY CLARK, et al., | ) ) ) ) |
| Defendants, | ) |

### AFFIDAVIT OF MILLARD H. McWHORTER, M.D.

Before me, the undersigned authority, personally appeared Millard H. McWhorter, M.D. and, after being duly sworn, deposed and said as follow:

1. My name is Millard H. McWhorter, M.D. I am over the age of 19 years and have personal knowledge of all matters set out herein.

2. I did not have any knowledge of the above styled lawsuit or that I was a defendant in said lawsuit until earlier this week upon notification by my attorney. I never received service of process of any summons or complaint and have not been aware that there has been a lawsuit pending against me until made aware earlier this week.

3. It is my understanding that Connie Lyons, an LPN who worked at the Covington County Jail, signed a certified mail receipt slip on my behalf, apparently accepting service of the complaint in this matter. I never authorized or appointed Connie Lyons to accept service of process on my behalf. I never received the package that Mrs. Lyons apparently signed for on my behalf. Had I received this package, I would have immediately taken action.

4. After reading the complaint in this case, I have meritorious defenses to the claims set out therein. All care rendered to the plaintiff by me was within the standard of care and was appropriate for the plaintiff's condition. I was not deliberately indifferent to any of the plaintiff's medical needs. For a more detailed summary of the care and treatment I provided to the plaintiff, please see my affidavit attached to my Special Report.

_____
Millard H. McWhorter, M.D.

STATE OF ALABAMA          )
                          )
COUNTY OF Covington       )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Millard H. McWhorter, M.D., whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, he executed the same voluntarily on ~~the day the same bears date.~~ August 22, 2007.   RWB

_____
Notary Public
My commission expires: 12-3-2007

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05-CV-429-MEF |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants, | ) |

## AFFIDAVIT OF JUDY CARTER

Before me, the undersigned authority, personally appeared Judy Carter and, after being duly sworn, deposed and said as follow:

1. My name is Judy Carter. I am over the age of 19 years and have personal knowledge of all matters set out herein.

2. From April 2005 through June 4, 2005, I was employed with Southern Health Partners, Inc. ("SHP") as the Medical Team Administrator for the Covington County Jail.

3. I first learned of the above styled lawsuit upon being informed earlier this week by attorneys for SHP that I had been sued. Prior to this week, I had no knowledge of any lawsuit against me or Dr. McWhorter filed by Robert Michael Davis. I was never served with a summons or a complaint in this matter.

4. It is my understanding that Connie Lyons, an LPN who worked at the Covington County Jail, signed a certified mail receipt slip on my behalf, apparently accepting service of the complaint in this matter. I never authorized or appointed Connie Lyons as my agent to accept service of process on my behalf. Moreover, I never received the package that Ms. Lyons apparently signed for me.

5. I have not been correctly named in this lawsuit. My name is Judy Carter and has been since 1991 by virtue of marriage. Although I was once known as Judy Lambert by a previous marriage, I have not been known as Judy Lambert since 1991.

6. I have now reviewed the plaintiff's complaint in this matter, and I have meritorious defenses to the claims set out therein. Mr. Davis received appropriate and adequate care by me, and it is my opinion that I met the standard of care in all of my treatment of Mr. Davis. I was never deliberately indifferent to any of Mr. Davis' medical needs. For a more detailed summary of my treatment of Mr. Davis, please see my affidavit attached to the Special Report that I have filed in this matter.

_____
Judy Carter




STATE OF ALABAMA )
)
COUNTY OF Covington )


    I, the undersigned Notary Public in and for said county in said state, hereby certify that Judy Carter, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on ~~the day the same bears date~~. RWB
August 22, 2007

_____
Notary Public
My commission expires: 12-3-2007

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT MICHAEL DAVIS,            )
                                 )
            Plaintiff,           )
                                 )
vs.                              )   CASE NO. 2:05-CV-429-MEF
                                 )
ANTHONY CLARK, et al.,           )
                                 )
            Defendants,          )

**AFFIDAVIT OF CONNIE LYONS**

Before me, the undersigned authority, personally appeared Connie Lyons and, after being duly sworn, deposed and said as follow:

1.   My name is Connie Lyons. I am over the age of 19 years and have personal knowledge of all matters set out herein.

2.   I am a licensed practical nurse ("LPN"). In May 2004, I was employed by Southern Health Partners, Inc. ("SHP") at the Covington County Jail in Andalusia, Alabama.

3.   On May 21, 2005, I apparently signed two certified mail slips for receipt of packages addressed to a Judy Lambert and Dr. McWhorter at the mailing address for the Covington County Jail, 290 Hillcrest Drive, Andalusia, Alabama 36420. Attached as Exhibit 1 is a copy of the two certified mail slips.

4. I have a vague memory of signing for these packages. I remember that someone in the reception area of the Sheriff's office asked me to come sign for some certified mail. I did as I was told, signing my name to both packages. I did not open the packages nor did I look to see to whom they were addressed. I did not know that the packages contained a summons and complaint.

5. I cannot remember exactly what I did with these packages after signing for them. It would have been my typical practice to have placed mail on Judy Carter's desk. Judy Carter was the Medical Team Administrator of the Covington County Jail at that time. Ms. Carter's last day of employment at the Covington County Jail was June 4, 2005. To my knowledge, Ms. Carter never went by Judy Lambert. I do not know anyone named Judy Lambert.

6. Neither Judy Carter nor Dr. McWhorter ever authorized me or appointed me to be their agent to accept service of process on their behalf.

_Connie Lyons_
Connie Lyons


STATE OF ALABAMA    )
                    )
COUNTY OF Covington )

I, the undersigned Notary Public in and for said county in said state, hereby certify that Connie Lyons, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

GIVEN UNDER MY HAND and official seal on this the _22_ day of _August_, 2007.

_Robert W. Bailey_
Notary Public
My Commission Expires: _12-3-2007_

# EXHIBIT 1

Davis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Judy Lambert, Nurse
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

2:05cv429 (Cmp + Order 40 dy)

2. Article Number (Transfer from service label): 7004 2510 0001 0150 6617

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Connie Lyons    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 5-21-05
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

Davis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. McWhorter
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

2:05cv429 (Cmp + Order 40 dy)

2. Article Number (Transfer from service label): 7004 2510 0001 0150 6600

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Connie Lyons    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 5-21-05
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes