IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-429-MEF |
| ANTHONY CLARK, et al., | ) |
| Defendants | ) |

**ORDER**

Upon review of the special reports filed by the defendants, and for good cause, it is

ORDERED that on or before September 10, 2007 the jail and medical defendants shall file supplemental special reports which address the plaintiff's claim that they failed to provide him with a special diet to address his need for additional food.

Done this 27th day of August, 2007.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE