IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv429-MEF |
| ) | |
| ANTHONY CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 11, 2007, the Magistrate Judge filed a Recommendation (Doc. #24) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 24) filed herein on September 11, 2007 is hereby ADOPTED.

2. This case is DISMISSED without prejudice for the failure of the plaintiff to comply with the orders of this court.

Done this 28th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE