IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **ROBERT C. DAVIS** | * | |
| Plaintiff | * | |
| v. | * | |
| **ANTHONY CLARK,** et al., | * | Case no. 2:05cv429 MEF |

**COMES NOW** the undersigned counsel, Virginia R. Lucci and enters her appearance on behalf of the Plaintiff **Robert C. Davis**, in the above styled-case.

   */s/ Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
472 S. Lawrence St., Street
Montgomery, AL  36104
Phone   334.262.0508
Fax       334.834.4796

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT C. DAVIS** | * | |
| Plaintiff | * | |
| v. | * | |
| **ANTHONY CLARK,** et al., | * | Case no. 2:05cv429 MEF |

CERTIFICATE OF SERVICE

I hereby certify that on April 10. 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the attorney of record for Anthony Clark.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L