IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT C. DAVIS** | * | |
| Plaintiff | * | |
| v. | * | |
| **ANTHONY CLARK,** et al., | * | Case no. 2:05cv429 MEF |

## MOTION TO REINSTATE

COMES NOW the Plaintiff, by and through his attorney, and moves this Honorable Court to reinstate the above styled cause to this Court's docket. As for grounds, your Plaintiff shows unto the Court as follows:

1. That the Plaintiff was caused to move outside this Court's jurisdiction for work reasons.

2. That the Plaintiff was unaware of this court's previous orders.

3. That an amended complaint will be filed pending this Court's approval

4. That your Plaintiff is now ready and has been ready to prosecute his cause.

             _/s/ Virginia R. Lucci_
             Virginia R. Lucci (LUC 020)

472 S. Lawrence St., Street  
Montgomery, AL  36104  
Phone   334.262.0508  
Fax     334.834.4796

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT C. DAVIS** | * | |
| Plaintiff | * | |
| v. | * | |
| **ANTHONY CLARK,** et al., | * | Case no. 2:05cv429 MEF |

CERTIFICATE OF SERVICE

    I hereby certify that on April 10. 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the attorney of record for Anthony Clark.

    Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L